



## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| James L. Martin, plaintiff | : Civil Action No. 85-00053-JJF |
| v. | : Jury Trial Demanded |

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants

Plaintiff's Rule 60(b)(4)(5), or (6)  Motion to Reopen, with proposed Order

I, James L. Martin, move to reopen pursuant to Rule this 24th day of July 2007, for the following reasons:

1. Rule 60(b) provides several provisions to warrant reopening:

"On motion and upon such terms as are just, the court may relieve a party or a party's legal representative from a final judgment, order, or proceeding for the following reasons: . . . (4) the judgment is void; (5) . . . it is no longer equitable that the judgment [from Judge Farnan] should have prospective application; or (6) any other reason justifying relief from the operation of the judgment."

2. The grounds for reopening this case are not restricted or limited to the one-year period that applies to motions based on subsections (1), (2), or (3).

3. On 5-24-07, I asked for the renewal of my driver's license at the Delaware Division of Motor Vehicles.

4. Despite my good driving record ever since I was licensed, in May 1969, the clerk refused to renew my license, based on the documented

misconduct of the parties to this case, and not corrected despite the passage of more than twenty-five (25) years. The sixty-day "temporary driver license," has now expired.

    5. According to my car insurance representative, my policy may lapse if the abuses recited in the underlying action are left unremedied.

    Additions reasons are in the accompanying Memorandum.

    WHEREFORE, I request that this motion to reopen be granted.

BY: *James L. Martin* _____
James L. Martin, attorney; 805 W. 21st St..; Wilmington, DE 19802-3818
e-mail MARTINJIML@aol.com  (302) 652-3957

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff  : Civil Action No. 85-00053-JJF

v.  : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants

### ORDER

Upon consideration of the Plaintiff's Rule 60(b)(4)(5), or (6) Motion to Reopen, and supporting Memo, and of any opposition(s),

IT IS ORDERED that the Motion is granted. The Clerk shall schedule this case for a pretrial conference.

----------------------------

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff         : Civil Action No. 85-00053-JJF

    v.                                : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of Plaintiff's Motion to Reopen with proposed Order upon opposing counsel of record for the defendants at the following addresses:

    Somers Price, Jr., Esq.; POTTER, ANDERSON & CORROON; P. O. Box 951; Wilmington, DE 19899;

    A. Taylor Williams, Esq.; Adm. Office of the PA Courts; Suite 1414; 1515 Market St.; Phila., PA 19102;

    Gwendolyn T. Mosley, DAG; Office of the AG; Litigation Section; 15th Floor; Strawberry Square; Harrisburg, PA 17120;

    Robert B. Young, Esq.; YOUNG & MCNELIS; P. O. Box 1191; 300 S. State St.; Dover, DE 19903;

    Stuart B. Young, Esq.; 1705 N. Bancroft Pky; Wilmington, DE 19806; and on

    F. Alton Tybout, Esq.; TYBOUT, REDFEARN & PELL; 750 S. Madison St., Suite 400; Wilmington, DE 19899-2092.

    by first-class, postage prepaid mail this 24th day of July 2007.

BY: *James L. Martin*
James L. Martin, attorney; 805 W. 21st St.; Wilmington, DE 19802-3818
(302) 652-3957   email MARTINJIML@aol.com