**SUPERIOR COURT**
OF THE
**STATE OF DELAWARE**

ROBERT B. YOUNG
*JUDGE*

KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DELAWARE 19901
TELEPHONE (302) 739-5331

July 27, 2007

Mr. James L. Martin, Esquire
805 West 21st Street
Wilmington, DE 19802

*RE: Martin v. Delaware Law School, et al.*
*C.A. No: 85-00053 JJF*

Dear Mr. Martin:

From Jeffrey A. Young, of Young & McNelis, I have received materials, which you evidently sent to him, as well as a copy of his July 25 correspondence to you, which is accurate, of course.

Nothing in your materials indicates any basis for my inclusion in your Certificate of Service. Hence, I cannot determine anyone to contact or any reason to contact anyone at all. Accordingly, unless you provide further salient information, this material will be disregarded.

Very truly yours,

RBY/sal
cc:   Clerk, U.S. District Court, District of Delaware

SUPERIOR COURT JUDGES CHAMBERS
KENT COUNTY COURTHOUSE
38 THE GREEN
DOVER, DE 19901

FILED JUL 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

"OFFICIAL BUSINESS, PENALTY FOR PRIVATE USE $300"

CLERK, US DISTRICT COURT
844 NORTH KING STREET, ROOM 4209
LOCK BOX 18
WILMINGTON, DE 19801

