# YOUNG CONAWAY STARGATT & TAYLOR, LLP

BOB LAIRD
DIRECT DIAL: 302-571-6742
DIRECT FAX:  302-576-3422
rlaird@ycst.com

THE BRANDYWINE BUILDING
1000 WEST STREET, 17TH FLOOR
WILMINGTON, DELAWARE 19801

P.O. BOX 391
WILMINGTON, DELAWARE 19899-0391

(302) 571-6600
(302) 571-1253 FAX
(800) 253-2234 (DE ONLY)
www.youngconaway.com

August 8, 2007

Chambers of the Honorable Mary Pat Thynge
J. Caleb Boggs Federal Building
844 N. King Street
Room 6100
Lockbox 8
Wilmington, DE 19801
Attn: Cathie Kennedy, Secretary

Re:  Martin v. Del. Law School, *et al.*
     1:85-cv-00053-rjb

Dear Ms. Kennedy:

    I write today seeking your guidance. Stuart Young has been retired for quite awhile and our firm no longer has any involvement in this matter. How may I go about removing him from the noticing list on this matter?

    Feel free to e-mail your reply to rlaird@ycst.com if you'd like.

    Thanks so very much.

Respectfully submitted,

Bob Laird
Legal Administrative Assistant to John D. McLaughlin, Jr.,
Patrick A. Jackson & Stuart B. Young

DB02:6169072.1

900006.6037