IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JAMES L. MARTIN

v.

DELAWARE LAW SCHOOL, et al.

Civil Action No. 85-cv-0053

**DESIGNATION OF DISTRICT JUDGE
FOR SERVICE IN ANOTHER DISTRICT WITHIN THE CIRCUIT**

Pursuant to the provisions of 28 U.S.C. § 292(b), and after satisfying myself that it is in the public interest to do so, I do hereby designate and assign the Honorable Lawrence F. Stengel of the Eastern District of Pennsylvania for such a period as is necessary for the disposition of the above-entitled matter.

/s/ Anthony J. Scirica
Anthony J. Scirica, Chief Judge
United States Court of Appeals
for the Third Circuit