ORIGINAL

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2008 JUN 20  PM 4:01

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff         : Civil Action No. 85-00053-LS

     v.                              : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants

Plaintiff's Motion for Reargument of Motion to Reopen

I, James L. Martin, certify the following statements to be true to the best of my knowledge and information this 20th day of June 2008, and further certify that they are made under oath in accord with 28 USC Sec. 1746:

1. The decision of 6-6-08 is based on a recitation of facts specifically labelled "Background," from paragraphs 5 through 33, which is the end of the factual section. The background was included to provide the history of this matter, because Judge Farnan, although he continues to preside over cases in Delaware, and although he would be continuing with this case as well in view of his assignment to it for the first several years, was disqualified for blatant conflict of interest years after it was filed.

2. As noted in the Motion, the particular event that led to the Motion to Reopen did not occur until 5-24-07, when I asked for the renewal of my

driver's license at the Delaware Division of Motor Vehicles, which was put on a temporary permit despite my nearly 40 years of good driving.

3. The fact that Judge Farnan was recused under the circumstances previously recited speaks to the merit of the underlying reasons cited for his disqualification, and at the same time, debunks any claims about their being frivolous.

4. A hearing on 10-9-07, in New Jersey, may also relate to this case insofar as the transcript, just issued on 6-9-08, is certified as a "compressed" transcript. In fact, the transcript was truncated, so that only the introduction for the hearing was transcribed.

5. As with the matter at bar, the State of New Jersey told the presiding judge it is an "unusual situation."

6. The contents of the entire transcript will be made available as soon as they are issued. The cover page correctly reads: "TRANSCRIPT ORDERED BY: SENATE, STATE OF DELAWARE, Legislative Hall, Dover, Delaware 19903."

WHEREFORE, this Motion for Reargument should be granted.

DATED: June 20, 2008

BY: _James L. Martin_____
James L. Martin, attorney; 805 W. 21st St..; Wilmington, DE 19802-3818
e-mail MARTINJIML@aol.com   (302) 652-3957

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff              : Civil Action No. 85-00053-LS

      v.                                : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of Plaintiff's Plaintiff's Motion for Reargument of Motion to Reopen upon the remaining opposing counsel of record for the defendants at the following address:

Somers Price, Jr., Esq.; POTTER, ANDERSON & CORROON; P. O. Box 951; Wilmington, DE 19899

by first-class, postage prepaid mail this 20th day of June 2008.

BY: _James L. Martin_____
James L. Martin, attorney; 805 W. 21st St.; Wilmington, DE 19802-3818
(302) 652-3957     email MARTINJIML@aol.com