UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff			: Civil Action No. 85-00053-LS

v.					: Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants		:


NOTICE OF APPEAL

Notice is hereby given that James L. Martin, plaintiff, appeals to the United States Court of Appeals for the Third Circuit from the Order filed on 6-6-08, which denied my Motion to Reopen, after issuance of an Order filed on 6-30-08, which denied my Motion for Reargument.


DATED: July 29, 2008			BY: *James L. Martin*
James L. Martin, attorney; 805 W. 21st St.; Wilmington, DE 19802-3818
e-mail MARTINJIML@aol.com    (302) 652-3957

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff             : Civil Action No. 85-00053-LS

       v.                              : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants

## CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of Plaintiff's **NOTICE OF APPEAL** upon the remaining opposing counsel of record for the defendants at the following address:

    Somers Price, Jr., Esq.; POTTER, ANDERSON & CORROON; P. O. Box 951; Wilmington, DE 19899

    by first-class, postage prepaid mail this 29th day of July 2008.

    BY: *James L. Martin* _____
    James L. Martin, attorney; 805 W. 21st St.; Wilmington, DE 19802-3818
        (302) 652-3957   email MARTINJIML@aol.com