**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2008 AUG 12  PM 3: 21

Scanned- 8/12/08

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff        : Civil Action No. 85-00053-LS

v.                  : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of Pennsylvania Department of Transportation, Bureau of Traffic Safety Operations, et. al., defendants     :

### Appellant's Issues to be Presented on Appeal, and
### Appellant's DESIGNATION OF CONTENTS FOR APPENDIX

I, James L. Martin, certify these issues to be presented on appeal:

a. Should a Rule 60(b) Motion to Reopen be granted where the state fails to honor its own, prior decision relating to eligibility to retain a driver's license, where the driver has no disqualifying driving or medical history?

b. To the extent other entities rely on false or misleading reports relating to a party's good driving and medical history, should a Rule 60(b) Motion to Reopen be granted to effect relief previously prescribed by virtue of a final administrative judgment, but never effected?

c. Does a federal trial judge's prior tenure as a paid employee of a principal party render any of his orders void or voidable, especially in view of his being disqualified from the matter *sub judice* for that conflict, and for no other reason?

## Appellant's DESIGNATION OF CONTENTS FOR APPENDIX

Relevant docket entries,

Notice of Appeal,

Opinion and Order entered on 6-6-08,

Order entered on 6-30-08,

judicially-noticeable items included as attachments to the Motion to Reopen, filed on 6-20-08, and also referenced in the Motion for Reargument filed on 6-20-08, and

Memorandum Opinion from Commonwealth of Pennsylvania v. James L. Martin, Super. Ct. PA, 2308 Phila. 1983.

DATED: August 12, 2008          BY: _James L. Martin_
 James L. Martin, attorney; 805 W. 21st St.; Wilmington, DE 19802-3818
  e-mail MARTINJIML@aol.com          (302) 652-3957

2

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

James L. Martin, plaintiff                    : Civil Action No. 85-00053-LS

       v.                                    : Jury Trial Demanded

Delaware Law School of Widener University, Inc., Commonwealth of
Pennsylvania Department of Transportation, Bureau of Traffic Safety
Operations, et. al., defendants

### CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of **Appellant's**

**Issues to be Presented on Appeal, and Appellant's DESIGNATION OF**

**CONTENTS FOR  APPENDIX** upon the remaining opposing counsel of

record for the defendants at the following address:

Somers Price, Jr., Esq.; POTTER, ANDERSON & CORROON; P. O. Box
951; Wilmington, DE 19899

by first-class, postage prepaid mail this 12th day of August 2008.

BY: _James L. Martin_____

James L. Martin, attorney; 805 W. 21st St.; Wilmington, DE 19802-3818
     (302) 652-3957    email MARTINJIML@aol.com